**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Chingi Zdyrko             CHAPTER 7

<u>Debtor(s)</u>

BKY. NO. 20-12271 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                             Respectfully submitted,
                                             **/s/ Rebecca A. Solarz Esquire**
                                             Rebecca A Solarz, Esquire
                                             Kevin G. McDonald, Esquire
                                             KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106-1532
                                             (215) 627-1322