Certificate Number: 03088-PAE-DE-034502032

Bankruptcy Case Number: 20-12271



03088-PAE-DE-034502032

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 28, 2020</u>, at <u>1:46</u> o'clock <u>PM CDT</u>, <u>Ching-i Zdyrko</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>May 28, 2020</u>          By:   <u>/s/Doug Tonne</u>

Name: <u>Doug Tonne</u>

Title: <u>Counselor</u>